**No. 40993.**—Protest 958832–G of Elizabeth Arden, Inc. (New York).

Opinion by Cline, J. The protest was submitted without the introduction of evidence in support of the claims made. It was therefore overruled.